IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**AUGUSTUS SANFORD,**

   *Petitioner*,

v.                             Case No.: 5:24cv260-MW/MAL

**WARDEN FCI MARIANA,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an Order of the Court." The Clerk shall close the file.

**SO ORDERED on May 12, 2025.**

                                                  s/Mark E. Walker                              
                                                  **Chief United States District Judge**